CORY ET AL. *v.* WESTERN OIL & GAS ASSN. ET AL.

No. 84–16. Argued February 26, 1985—Decided March 27, 1985

*Dennis M. Eagan,* Deputy Attorney General of California, argued the cause for appellants. With him on the briefs were *John K. Van de Kamp,* Attorney General, and *N. Gregory Taylor,* Assistant Attorney General.

*Philip K. Verleger* argued the cause for appellees. With him on the brief was *John P. Zaimes.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.

---

*A brief of *amici curiae* urging reversal was filed for the City of Santa Monica et al. by *Robert M. Myers, Karl M. Manheim, Bert Glennon, Jr.,* and *Stanley E. Remelmeyer.*